UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KENNETH BURNAM                                                                                    PLAINTIFF

V.                                                         CIVIL ACTION NO. 3:14cv552-CWR-LRA

BONITA MOSLEY                                                                                     DEFENDANT

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson entered on December 23, 2014 [Docket No. 10]. The report and recommendation clearly notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings and recommendations contained within fourteen (14) days from the date of filing would bar further appeal in accordance with Title 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72(b)(2).  This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the order of this Court. Accordingly, Defendant's Motion to Dismiss, or in the Alternative, Transfer the Petition for Writ of Habeas Corpus [Docket No. 9] is DENIED.

SO ORDERED, this the 17th day of March, 2015.

 s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE