IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**KENNETH BURNAM, 05375-000**                                         **PETITIONER**

**V.**                                                    **CAUSE NO. 3:14-CV-552-CWR-LRA**

**BONITA MOSELY, WARDEN**                                              **RESPONDENT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation of the Magistrate Judge. Docket No. 13. The Court did not receive any objections from the petitioner, but the petitioner's copy of the Report and Recommendation was returned as undeliverable. Docket No. 14. A copy of the Report and Recommendation was sent to petitioner's last known address. Petitioner has not updated his address or otherwise communicated with the Court since July 2014. He was released from the Bureau of Prisons on June 3, 2015. Docket No. 13, at 2.

The petitioner was still obligated to keep the Court informed of his current address, even after he was released. The petitioner's inaction indicates he is no longer interested in pursuing his claims. Pursuant to Federal Rule of Civil Procedure 41(b), the Court has the authority to dismiss a case for plaintiff's failure to prosecute. The Court must be able to clear its calendars of cases that remain dormant because of the inaction or dilatoriness of the parties seeking relief, so as to achieve the orderly and expeditious disposition of cases. *Link v. Wabash Railroad*, 370 U.S. 626, 630 (1962).

Accordingly, this Court adopts the Report and Recommendation findings and conclusions as its own and dismisses this case without prejudice. A separate Final Judgment will issue this day.

**SO ORDERED,** this the 7th day of June, 2016.

s/ Carlton W. Reeves  
UNITED STATES DISTRICT JUDGE